Ramon Acosta, Assistant Federal Public Defender, FPDNV—Federal Public Defender's Office, Michael J. Kennedy, Esquire, Federal Public Defender, Law Offices of Michael Jerome Kennedy, PLLC, Reno, NV, for Defendant–Appellant.

Before: REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Jesus Castaneda–Ceja appeals from the district court's judgment and challenges the 18–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Castaneda–Ceja contends that his sentence is substantively unreasonable in light of his age, the nonviolent nature of his violation, and the fact that he was already punished for the conduct underlying the revocation. The district court did not abuse its discretion in imposing Castaneda–Ceja's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The 18–month sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Castaneda–Ceja's criminal and immigration history and his breach of the court's trust. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586; *United States v. Simtob*, 485 F.3d 1058, 1063 (9th Cir. 2007) (breaching the court's trust by violating supervised release is a "separately and distinctly offensive" act warranting a sentence consecutive to that imposed for new criminal conduct).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Noe MARTINEZ PAREDES,
Defendant–Appellant.**

**No. 15–10390**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2016 *

FILED May 31, 2016

Mark Alexander Inciong, Esquire, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff–Appellee.

Noe Martinez Paredes, Pro Se.

Before: REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Noe Martinez Paredes appeals from the district court's judgment and challenges his guilty-plea conviction and 57–month

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

sentence for conspiracy to distribute and possess with intent to distribute methamphetamine and heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez Paredes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez Paredes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**